# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KYLE ROGERS,

    Plaintiff,

        v.

CITY OF WILKES-BARRE, *et al*.,

    Defendants.

NO. 3:18-CV-0039

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 9th day of July, 2018, **IT IS HEREBY ORDERED** that:

(1)     Defendants' Motion to Dismiss the Complaint (Doc. 5) is **GRANTED in part**.

(2)     Plaintiff's federal law claims are **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(6).

(3)     Plaintiff's state law claims are **DISMISSED without prejudice**.

(4)     The Clerk of Court is directed to mark the case as **CLOSED**.

                                                        /s/ A. Richard Caputo
                                                        A. Richard Caputo
                                                        United States District Judge